**FARAH LAW, P.C.**
Neda Farah (State Bar No. 269819)
265 S. Doheny Dr., Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 310-494-0768
E-Mail: neda@nedafarahlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIRIO GUTIERREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>J.P. MORGAN CHASE BANK, N.A.,<br><br>  Defendant. | Case No.: 8:21-cv-02085-MEMF-ADS<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff, Lirio Gutierrez, and Defendant, J.P. Morgan Chase Bank, N.A., have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of her claims against Defendant, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 13th day of June 2022.                 Respectfully Submitted,

                                                          */s/ Neda Farah*
                                                          Neda Farah, Esq.
                                                          FARAH LAW, P.C.
                                                          265 S. Doheny Dr., Suite 102
                                                          Beverly Hills, CA 90211
                                                          (310) 666-3786 (phone)
                                                          (310) 494-0768 (fax)
                                                          neda@nedafarahlaw.com
                                                          *Attorney for Plaintiff, Lirio Gutierrez*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Central District of California on this 13th day of June 2022. Notice of this filing will be transmitted to all counsel of record via the Court's CM/ECF system.

                                           */s/ Neda Farah*
                                           Neda Farah
                                           FARAH LAW, P.C.