NEDA FARAH (SBN 269819)
neda@nedafarahlaw.com
FARAH LAW, P.C.
265 S. Doheny Dr., Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
*Attorney for Plaintiff*

JUSTIN H. SANDERS
jsanders@sandersroberts.com
SANDERS ROBERTS LLP
1055 West 7th Street, Suite 3200
Los Angeles, California 90017
Telephone: 213-426-5000
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIRIO GUTIERREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Case No.  8:21-cv-02085-MEMF-ADS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Lirio Gutierrez, and Defendant, J.P. Morgan Chase Bank, N.A., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in

1

this action be dismissed with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Neda Farah* | /s/ *Justin H. Sanders* |
| Neda Farah | Justin H. Sanders |
| FARAH LAW P.C. | SANDERS ROBERTS LLP |
| 265 S. Doheny Dr., Suite 102 | 1055 West 7th Street, Suite 3200 |
| Beverly Hills, CA 90211 | Los Angeles, CA 90017 |
| Telephone: (310) 666-3786 | Telephone: (213) 426-5000 |
| neda@nedafarahlaw.com | Email: jsanders@sandersroberts.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Stipulation of Dismissal with Prejudice* is being filed electronically with the United States District Court for the Central District of California, on this 2nd day of August 2022. Notice of this filing will be transmitted to all counsel of record by operation of the Court's electronic filing system.

                                                */s/Neda Farah*
                                                Neda Farah